# Court of Appeals
# of the State of Georgia

ATLANTA,  December 31, 2018

*The Court of Appeals hereby passes the following order:*

**A19D0223.  SHANA BURWELL et al. v. GWINNETT COUNTY SCHOOL DISTRICT d/b/a GWINNETT COUNTY PUBLIC SCHOOLS et al.**

Shana Burwell and Matthew Burwell, Sr., (the "Plaintiffs"), pro se, filed an action for damages and for injunctive relief against the Gwinnett County School District, J. Alvin Wilbanks, individually and in his official capacity as superintendent of the Gwinnett County Board of Education, and Thomas Trippany, individually and in his official capacity as principal of Shiloh Elementary School (the "Defendants"). The trial court dismissed the Plaintiffs' complaint without prejudice after the Plaintiffs failed to appear at a calendar call and the Defendants made a motion to dismiss for lack of proper service. The Plaintiffs subsequently filed a "notice of appeal" in this Court, which we construed as an application for discretionary appeal.

Under OCGA § 5-6-34 (a) (1), a party may file a direct appeal from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below, except as provided in Code Section 5-6-35." It does not appear that any provision of OCGA § 5-6-35, the discretionary appeal statute, applies here. Rather, the trial court's dismissal without prejudice of the Plaintiffs' complaint constituted a final judgment.

We will grant a timely application for discretionary appeal if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED, and the Plaintiffs shall have ten days from the date of this order to file a notice of appeal in the trial court. If the Plaintiffs have already

filed a timely notice of appeal in the trial court, they need not file a second notice.[1] The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,    12/31/2018             *
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] The Plaintiffs appear to have already filed a notice of appeal in the trial court. The clerk of the trial court requested an amended notice of appeal with additional information. The Plaintiffs subsequently filed a "notice of appeal" in this Court, which is the subject of this application. If the Plaintiffs intended to file an amended notice of appeal, then they should do so in the trial court.